# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: THEKIS XIOMARA GASCOT TORRES

Bkrtcy. No. 11-04990-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jun 12, 2011
Meeting Date: Jul 13, 2011
DC Track No.: 23

Days from petition date: 31
Meeting Time: 2:00 PM

910 Days before Petition: 12/14/2008
☐ Chapter 13 Plan Date: Jun 12, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) ____ Bankruptcy petition.
Plan Base: $25,200.00

This is the ____ Scheduled Meeting
Confirmation Hearing Date: Aug 09, 2011 Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☑ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☐ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00 Paid Pre-Petition: $100.00 Outstanding: $2,900.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are): ☐ Under ☐ Above Median Income. Liquidation Value: ____
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ____
The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: November 1, 2011 at 9:00 am

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
There is no evidence of income submitted to the Trustee. Case is not ready for §341 meeting.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jul 13, 2011