### IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| In the Matter of: | Case No. **11-04990 MCF** |
| **THEKIS GASCOT TORRES** | |
| **Debtor(s)** | Chapter **13** |

## MOTION TO OPPOSE DISMISSAL

1. **The trustee filed a motion to dismiss present case because debtor accumulated arrears in her plan payment. By October 2011 debtor had made 3 of 4 payments in a plan of $420.00 x 60 months. Debtor informed that her main source of income comes from his husband wages and he changed work with a couple of months unemployed in the interim.**

2. **Debtor needs to modify her proposed plan payment in order to take into consideration that temporary reduction of income. After the first month payment, her plan will reflect a payment of $0.00 during the months of August, September and October. Debtor also, will include in her plan 4 post petition mortgage payments of $451.00 in order to get on track again regarding her obligation with secured creditor Scotiabank. Post petition arrears are approximately $1,880.00, late charges included which added to the pre-petition claim of $22,458.87, should render a total of $ 24,338.87.**

   **WHEREFORE, debtor(s) pray that the motion to dismiss is denied and debtor allowed the relief sought.**

   **I HEREBY CERTIFY, that on this same date a true an exact copy of the foregoing and attachments was electronically filed by debtors, using de CM/ECF system, which will send notification to the Chapter 13 trustee Jose R Carrion and secured creditor Scotiabank. All non appearing parties have been notified as per the Master Address List.**

   **In Vega Baja, this 4 day of November of 2011.**

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
P.O. BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
Email: caldlithlaw@gmail.com